

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00010-CV

Marcos **MORALES**,
Appellant

v.

**EGZ, LLC**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. All pending motions are DENIED AS MOOT.

SIGNED July 7, 2021.

_____
Lori I. Valenzuela, Justice